UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:22-CR-00214(1)-ADA |
| | § | |
| (1) ISAIAS SANCHEZ-ANGEL | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  June 28, 2023 the

United States Probation Office filed a Petition For Warrant or Summons For Offender

Under Supervision for Defendant (1) ISAIAS SANCHEZ-ANGEL, which alleged that

Sanchez-Angel violated a condition of his supervised release and recommended that

Sanchez-Angel 's supervised release be revoked (Clerk's  Document No. 35).  A warrant

issued and Sanchez-Angel was arrested.  On Waived on July 21, 2023, Sanchez-Angel

appeared before a United States Magistrate Judge, was ordered detained, and a

revocation of supervised release hearing was set..

Sanchez-Angel, on November 21, 2023, waived his right to a preliminary hearing

and to be present before the United States District Judge at the time of modification of

sentence.  Following the hearing, the magistrate judge signed his report and

recommendation on November 21, 2023, which provides that having carefully considered

all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Sanchez-Angel, the magistrate judge

recommends that this court revoke Sanchez-Angel supervised release and that

Sanchez-Angel be sentenced to imprisonment for 210 days with 125 days credit for time

served, with a term of Twelve (12) months of supervised  release to follow the term of

imprisonment  (Clerk's  Document  No. 45).  A special condition should be

imposed that the Defendant may not return to the United States without first obtaining

appropriate legal permission to do so.

A party may serve and file specific,  written  objections to the proposed  findings

and recommendations of a magistrate  judge within fourteen  days after being served

with a copy of the report and recommendation, and thereby secure a *de novo* review by

the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to

timely file written  objections to the proposed findings, conclusions, and recommendation

in a report and recommendation bars that party, except upon grounds  of plain error, from

attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions

accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th

Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences

of a failure to file objections.

On November 21, 2023, following the hearing on the motion to revoke supervised

release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To

Report  and Recommendation Of United States Magistrate Judge (Clerk's Document No.

43). The court, having reviewed the entire record  and  finding no plain  error, accepts

and adopts the  report and recommendation filed in this cause.

      **IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate  Judge  filed  in this  cause  (Clerk's Document No. 45 )  is

hereby  ACCEPTED AND ADOPTED by this court.

      **IT IS FURTHER ORDERED** that Defendant  (1) ISAIAS

SANCHEZ-ANGEL's term of supervised  release is hereby REVOKED.

      **IT IS FURTHER  ORDERED** that Defendant (1) ISAIAS SANCHEZ-ANGEL be

imprisoned for 210 days with 125 days credit for time served with a term of supervised release of

Twelve (12) months to follow the term of imprisonment.   All prior conditions of supervised

release are reimposed. A special condition should be imposed that the Defendant may not return

to the United States without first obtaining appropriate legal permission to do so.


Signed this 28th day of November, 2023.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE